FILED

OCT 01 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE LOCKARD, <br><br> Defendant. | CR 15–37–M–DLC <br><br><br> ORDER |

Before the Court is Defendant Lawrence Lockard's ("Lockard") Motion for Early Termination of Supervised Release (Doc. 38). Lockard pled guilty to Abusive Sexual Contact in violation of 18 U.S.C. § 2244(b) on February 14, 2016 and was sentenced to six months' imprisonment and five years of supervised release on May 20, 2016. (Doc. 31 at 1–3.) Lockard began his term of supervised release on November 18, 2016. (Doc. 39 at 7.) Title 18 U.S.C. § 3583 permits termination of a term of supervised release after a defendant has completed at least one year of his term. Nonetheless, it is the policy of this Court to require the completion of at least two-thirds of a term of supervised release before the Court will consider termination of supervision. Here, while Lockard has served over one year of his release, he will not become eligible for early termination under the policy of this Court until March 19, 2020. Although the Court will deny Lockard's

-1-

request for this reason, it is worth noting that Lockard has made great strides in his personal development while on supervised release. Lockard is sober, has complied with all of his conditions of supervision, has satisfied his restitution obligations, and continues to work on his relationship with his family. Lockard and his wife recently celebrated an astonishing 50 years of marriage. Should this pattern of success continue, the Court will have no hesitations granting the requested relief after the completion of two-thirds of his term of supervised release. Accordingly,

IT IS ORDERED that Lockard's Motion (Doc. 38) is DENIED WITHOUT PREJUDICE.

DATED this 1st day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court